**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
HADIYA YASMINE WILLIAMS,

                Plaintiff,                            20 **CIVIL** 586 (GBD) (SN)

        -v-                                          **JUDGMENT**

ANDREW M. SAUL,
COMMISSIONER OF SOCIAL SECURITY,

                Defendant.
-----------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Stipulation and Order dated January 5, 2021, that this action be, and hereby is, remanded to the Commissioner of Social Security, pursuant to sentence four of 42 U.S.C. § 405(g), for further administrative proceedings.

**Dated:** New York, New York
         January 5, 2021

                                                **RUBY J. KRAJICK**
                                          _____
                                               Clerk of Court
                              **BY:**
                                               _____
                                                 Deputy Clerk