```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

HADIYA YASMINE WILLIAMS,

                        Plaintiff,                20-CV-00586 (GBD) (SN)

        -against-                                         ORDER

ANDREW M. SAUL,
COMMISSIONER OF SOCIAL SECURITY,

                        Defendant.
-----------------------------------------------------------------X
```

**SARAH NETBURN, United States Magistrate Judge:**

In an effort to conserve judicial and attorney resources, the parties are directed to meet and confer to address the Plaintiff's motion for an award of attorney's fees and costs pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d)(1)(A). Within 30 days of the Plaintiff's motion, the Commissioner shall file either a stipulation regarding the motion, or an opposition to the Plaintiff's motion. Any reply may be filed 14 days later.

**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

DATED:    New York, New York
          April 7, 2021