UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X

HADIYA YASMINE WILLIAMS,

                        **Plaintiff,**

             -against-

ANDREW M. SAUL,

                      **Defendant.**
-------------------------------------------------------------------X

20-CV-00586 (GBD)(SN)

**ORDER**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: ___ 6/15/2022

**SARAH NETBURN, United States Magistrate Judge:**

On January 5, 2021, the Hon. George B. Daniels remanded this case for further consideration of the plaintiff's application for disability benefits and closed this case. On June 14, 2022, the plaintiff's counsel moved for attorney's fees pursuant to 42 U.S.C. § 406(b)(1). ECF No. 34.

The parties are directed to meet and confer in an attempt to resolve this motion without judicial intervention. Should that meeting prove unsuccessful, the defendant is directed to file its opposition papers within 30 days of the motion's filing.

**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

DATED:     June 15, 2022
              New York, New York