UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

HADIYA YASMINE WILLIAMS,

                                  **Plaintiff,**                  20-CV-00586 (GBD)(SN)

                   -against-                                  **ORDER**

ANDREW M. SAUL,

                                **Defendant.**

-----------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

On June 14, 2022, following an award for SSI, Plaintiff's counsel moved for attorney's fees pursuant to 42 U.S.C. § 406(b)(1). ECF No. 34. Defendant's reply was to be due September 15, 2022. ECF No. 41. On August 24, 2022, Plaintiff's counsel filed an additional motion for attorney's fees, this time following an award for DIB. ECF No. 42. The parties are again directed to meet and confer in an attempt to resolve these motions without judicial intervention. Should that meeting prove unsuccessful, Defendant is directed to file its opposition to both motions by September 23, 2022.

**SO ORDERED.**

                                                                             _____
                                                                             SARAH NETBURN
                                                                             United States Magistrate Judge

DATED:     New York, New York
               August 25, 2022