UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

HADIYA YASMINE WILLIAMS,

                      **Plaintiff,**                  20-CV-00586 (GBD)(SN)

   -against-                                   **ORDER**

ANDREW M. SAUL,

                      **Defendant.**

-----------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

      In light of Defendant's letter at ECF. No. 46, Plaintiff is ordered to file a letter in reply containing objections to the proposed sum of $26,383.28 no later than October 7, 2022. If Plaintiff has no such objections, the parties shall file a proposed joint stipulation by that same date. On this record, the Court does not find a de facto hourly rate of $755.98 to be excessive.

**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

DATED:    New York, New York
                September 28, 2022